In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00193-CV**

_____

**IN THE GUARDIANSHIP OF LOLA MAE MCCANN**

**On Appeal from the County Court at Law No. 2**
**Montgomery County, Texas**
**Trial Cause No. 18-36344-P**

**MEMORANDUM OPINION**

The appellants, David Huber and Monica Huber, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellants prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on July 25, 2018
Opinion Delivered July 26, 2018

Before Kreger, Horton, and Johnson, JJ.